Henry P. Gonzalez, LL.M. (HPG 9238)
<u>RODRIGUEZ O'DONNELL</u>
<u>GONZALEZ & WILLIAMS, P.C.</u>
Attorneys for DHL Global Forwarding SA (PTY) LTD
1211 Connecticut Avenue, N.W., Suite 800
Washington, D.C. 20036
(202) 973-2980   Telephone
(202) 293-3307   Facsimile

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------X
PHOENIX SHIPPING CORPORATION,   :   ECF Case
                                :
              Plaintiff,        :   No.: 08 Civ. 6325
                                :
       v.                       :
                                :   **ORDER TO SHOW CAUSE**
DHL GLOBAL FORWARDING,          :
(PTY) LTD, a/k/a DHL INDUSTRIAL :
PROJECTS DIVISION,              :
JOHANNESBURG                    :
              **Defendant.**    :
-----------------------------------------------------X

Pursuant to Rule E(4)(f) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules") of the Federal Rules of Civil Procedure, it is ORDERED that Plaintiff, Phoenix Shipping Corporation show before this Court, in Room _____, United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, on _____, at _____ thereof, or as soon thereafter as counsel may be heard, why an Order should not be issued pursuant to Rule E(4)(f) of the Supplemental Rules of the Federal Rules of Civil Procedure vacating the Ex Parte Order for Process of Maritime Attachment against DHL Global Forwarding, (PTY) LTD, dated July 17, 2008.

ORDERED that a copy of this Order, together with the papers upon which it is granted, be personally served upon Plaintiff or its attorney on or before _____ and that such service be deemed good and sufficient.

Dated: New York, New York

_____

_____
Richard J. Sullivan
United States District Judge