Henry P. Gonzalez, LL.M. (HPG 9238)
RODRIGUEZ O'DONNELL
GONZALEZ & WILLIAMS, P.C.
Attorneys for DHL Global Forwarding SA (PTY) LTD
1211 Connecticut Avenue, N.W., Suite 800
Washington, D.C. 20036
(202) 973-2980    Telephone
(202) 293-3307    Facsimile



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
PHOENIX SHIPPING CORPORATION, :    ECF Case
                              :
                   Plaintiff, :    No.: 08 Civ. 6325
                              :
        v.                    :
                              :    ORDER TO SHOW CAUSE
DHL GLOBAL FORWARDING,        :
(PTY) LTD, a/k/a DHL INDUSTRIAL :
PROJECTS DIVISION,            :
JOHANNESBURG                  :
                   Defendant. :
-------------------------------------------------X

Pursuant to Rule E(4)(f) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules") of the Federal Rules of Civil Procedure, it is ORDERED that Plaintiff, Phoenix Shipping Corporation show before this Court, in Room 9A, United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, on August 21, 2008, at 3:00 p.m. thereof, or as soon thereafter as counsel may be heard, why an Order should not be issued pursuant to Rule E(4)(f) of the Supplemental Rules of the Federal Rules of Civil Procedure vacating the Ex Parte Order for Process of Maritime Attachment against DHL Global Forwarding, (PTY) LTD, dated July 17, 2008.

ORDERED that a copy of this Order, together with the papers upon which it is granted, be personally served upon Plaintiff or its attorney on or before August 18, 2008 and that such service be deemed good and sufficient.

Plaintiff's reply papers to be submitted on or before August 20, 2008 at 5:00 p.m.

Dated: New York, New York
Aug. 15, 2008

_____
Richard J. Sullivan
United States District Judge